UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61829

KEITH GRECO, as TRUSTEE, on behalf of
MIDLAND IRA, f/k/a ADVANTAIRA TRUST, LLC,
f/b/o KEITH GRECO #6842403,

    Plaintiff,

v.

COMBINED EMPLOYEE SERVICES, INC.,
k/n/a XCPCNL BUSINESS SERVICES
CORPORATION, f/k/a
COMBINED USA CORPORATION,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Keith Greco, as Trustee, on behalf of Midland IRA, f/k/a AdvantaIRA Trust, LLC, f/b/o Keith Greco #6842403 (collectively "Greco"), by and through the undersigned attorney, hereby files this Complaint for damages against Defendant, Combined Employee Services, Inc., k/n/a XCPCNL Business Services Corporation, f/k/a Combined USA Corporation ("Combined Employee Services"), and alleges as follows:

## INTRODUCTION

1. This is a civil action for Greco's recovery of damages arising from Combined Employee Services' breach of a Subscription Agreement and Convertible Debenture, which were executed on June 12, 2013. The Subscription Agreement is attached hereto as Exhibit A and the Convertible Debenture is attached hereto as Exhibit B.

## PARTIES, JURISDICTION AND VENUE

2. Greco is a resident of Pompano Beach, Broward County, Florida, and is otherwise a citizen of the State of Florida. Greco issuing in his role as trustee. Specifically:

   a. Greco possesses a self-directed individual retirement account ("IRA") with Midland IRA, f/k/a AdvantaIRA Trust ("Midland IRA")[1], which is a Florida for-profit corporation and serves as a passive, non-discretionary custodian of Greco's self-directed IRA and is a nominal party in this litigation (including for diversity purposes) under federal, Texas and Florida law. As a passive custodian, Midland IRA does not solicit investments, provide advice or proffer recommendations to Greco with regard to investments that have been acquired by, or held in, his IRA. Further, as a passive custodian, Midland IRA has no authority to take any action with regard to investments acquired by, or held in, Greco's IRA without his express direction.

   b. Greco's self-directed IRA is identified in agreements, forms and other documents as AdvantaIRA Trust, LLC, f/b/o Keith Greco #6842403 (the "Greco IRA"). Greco sought and received authorization from Midland IRA to use the name "Midland IRA, f/k/a AdvantaIRA Trust, LLC, f/b/o Keith Greco #6842403" to enter into transactions using the assets in his self-directed IRA and to enforce the relevant contracts through this lawsuit.

---

[1] On January 1, 2016, AdvantaIRA merged with Midland IRA and two other entities. The combined company is called Midland IRA.

3. Combined Employee Services is incorporated under the laws of the State of Texas, has its principal place of business in the State of Texas, and is otherwise a citizen of the State of Texas.

4. This Court has jurisdiction over the claims asserted in this Complaint, pursuant to 28 U.S.C. § 1332, since the matter in controversy exceeds the sum or value of $75,000, and is between citizens of different States.

5. Venue is proper in the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1391(b)(2) and (b)(3), wherein: (a) a substantial part of the events or omissions that give rise to the claims asserted in the Complaint occurred in this District; and (b) Combined Employee Services is subject to this Court's personal jurisdiction with respect to the claims asserted in the Complaint.

6. All conditions precedent to this action have been performed, occurred or been waived.

## GENERAL ALLEGATIONS

7. On June 12, 2013, the Greco IRA and Combined Employee Services entered into a Subscription Agreement and Convertible Debenture. Under the terms of the Subscription Agreement, "[o]n the date of execution of this Agreement, simultaneously with such execution, the Investor shall deliver $23,000.00 to the Company, in total payment of the Purchase Price for the Units subscribed for by Investor hereunder. Payment of the Purchase Price shall be made by wire tranfer. ..." Exhibit A § 1.2. The original debt instrument involved a one-year loan at 15 percent interest with the option to extend the loan term for one-year terms at the same rate. See Exhibit B at p. 1. The Greco IRA purchased .46 investment units consisting of a $50,000

Convertible Debenture at an aggregate purchase price of $50,000 per unit. See Exhibit A § 1.1. Thus, the purchase price was $23,000. See Exhibit A § 1.2.

8.      Combined Employee Services planned to, and did, use the $23,000 principal to pay for expenses and costs related to: (a) the expansion of the company in various markets; and (b) general business operations.

9.      On June 27, 2013, pursuant to the terms of the Subscription Agreement and Convertible Debenture, the Greco IRA, through Midland IRA, issued a domestic wire for $23,000 to Combined Employee Services. See Exhibit C.

10.     On or about August 5, 2013, Combined Employee Services made its first $287.50 interest payment to the Greco IRA due under the terms of the Subscription Agreement and Convertible Debenture. Although Combined Employee Services was obligated to make $287.50 interest payments a month to the Greco IRA, Combined Employee Services only paid the Greco IRA the first three interest payments at that rate:

| DATE | INTEREST PAYMENT AMOUNT |
|---|---|
| August 5, 2013 | 287.50 |
| September 6, 2013 | 287.50 |
| April 28, 2014 | 287.50 |
| January 28, 2015, to August 1, 2016 (19 payments) | 230.00 |
| August 9, 2016 | 242.00 |
| August 1, 2016, to October 10, 2018 (20 payments) | 230.00 |

11.     In June 2014, which was one year after the parties' entry into the Subscription Agreement and Convertible Debenture, an option existed for the Greco IRA to convert the loan principal to stock. The Greco IRA declined the option. Instead, the Greco IRA requested Combined Employee Services to pay back the $23,000 loan principal. However, after an exchange of numerous emails and telephone calls between Greco and Combined Employee

4

Services president Irving D. Boyes ("Boyes"), the loan was extended for an additional year, but with the stipulation that the principal would be paid off by Combined Employee Services within one to two years.

12. On January 10, 2015, Boyes emailed Greco "as a response to [Greco's] agreement to allow time to complete a Capital Raise by 1-10-15." Further, in the email, Boyes offered that "if there is no definite conclusion by 1-16-15, that a plan be worked out to pay you interest on a monthly basis, until the amount can be amortized or paid off."

13. On May 24, 2018, Boyes emailed Greco and promised that he "will start catching you up next week."

14. On August 7, 2018, Boyes informed Greco in an email that a "[o]ne month payment will be mailed to you on Wednesday August 8th" and that "[a] proposed catch up plan will be submitted to you within the week."

15. On October 10, 2018, Combined Employee Services made its last interest payment to the Greco IRA due under the terms of the Subscription Agreement and Convertible Debenture.

16. On November 14, 2018, Greco emailed Boyes to announce that Greco "would like to set up an exit plan for my investment in your company please." Further, Greco explained:

> the debt held has been much longer than I initially wanted and we have worked together in this regarding but since this in an IRA investment I have sought with my advisors and I feel it is time to shift out of your company. I am reasonable, and I appreciate that you have been a gentleman with me and a professional the past few years. I would appreciate if the past interest payments could be caught up and we can have 2-3 monthly distributions of the full debt to be repaid to Midland IRA account on record. I would like for this to be concluded by the end of February 2019.

17. On December 19, 2018, Boyes responded to Greco's November 14, 2018, email. Specifically, Boyes acknowledged that Greco "wish[ed] to discontinue the arrangement with

5

payments being made by Combined Employee Services Inc. to your IRA." However, Boyes admitted that the "Company has tried to meet its obligations, but has had serious financial challenges this year." Boyes also explained: "At this moment the company is unable to redeem your deposit."

18. On December 20, 2018, Greco responded to Boyes' December 19, 2018, email with an email disputing and clarifying the points made by Boyes. Greco also informed Boyes that he did not "want this to be dragged out another year though please. If there needs to be cutback or secure funding it needs to be looked [at] please."

19. On February 6, 2019, Greco emailed Boyes: "I have not had any reply from you about either the past due payments or closing out my loan with your firm."

20. On February 21, 2019, Boyes emailed Greco and explained that "[c]urrently funding you is very difficult, I don't have many options to suggest. If you wish to convert to stock I will try to make you a fair offer."

21. On April 17, 2019, Boyes emailed Greco to explain that "[a]fter the company completed a reverse merger in May 2017 it has experienced some financial challenges and the IRA has not always been paid on a timely basis." Further, Boyes noted that "an investor has expressed a desire to purchase your IRA notes as a 50% discount, the investor has asked me to contact you with this offer and inform you that the IRA would be paid in Cash at closing."

22. On April 22, 2019, Greco declined the investor's offer.

23. Combined Employee Services' account is now in default due to its failure to pay the balance and interest owed in accordance with the terms and conditions of the Subscription Agreement and Convertible Debenture.

24. As a result of the breach, Greco, as the trustee of the Greco IRA, suffered, and continues to suffer, at least $170,000 in damages:

   a. Combined Employee Services owes the Greco IRA approximately $60,000, which comprises the "the entire unpaid principal balance and the accrued and unpaid interest" owed as a result of the breach, pursuant to the terms of the Convertible Debenture (See Exhibit B at pp. 1-2);

   b. Combined Employee Services owes the Greco IRA approximately $110,000 in loss opportunity costs as a result of the breach. Specifically, Greco, as the trustee of the Greco IRA, planned to use the unpaid principal balance to increase the fund's existing investment positions in Microsoft, Bitcoin and Ethereum, as well as to make an investment in Apple. In fact, based on the value of shares in August 2021, the Greco IRA suffered approximately $110,000 in loss of opportunity costs since October 2018; and

   c. Combined Employee Services owes Greco the amount of the "reasonable collections costs, including reasonable attorneys' fees" he has, and will, incur as a result of the breach, pursuant to the terms of the Convertible Debenture (See Exhibit B at p. 2).

25. Greco, as trustee of the Greco IRA, has retained the undersigned attorney and law firm to represent its interest in this matter and is obligated to pay said counsel and law firm a reasonable fee for his services.

## COUNT I
## BREACH OF CONTRACT

26. Greco re-alleges each and every allegation contained in paragraphs 1-25 as if they were fully set forth herein.

27. On June 12, 2012, the Greco IRA and Combined Employee Services entered into the Subscription Agreement and Convertible Debenture.

28. On June 27, 2013, the Greco IRA fulfilled the terms and conditions, and otherwise performed, under the terms of the Subscription Agreement and Convertible Debenture when it issued a domestic wire for $23,000 to Combined Employee Services. See Exhibit C.

29. On October 10, 2018, Combined Employee Services made its last interest payment to the Greco IRA due under the terms of the Subscription Agreement and Convertible Debenture.

30. On February 21, 2019, Combined Employee Services breached the Subscription Agreement and Convertible Debenture when Boyes notified Greco that Combined Employee Services would not make further interest or principal payments to the Greco IRA.

31. The Greco IRA has incurred damages as a result of Combined Employee Services' breach, including, but not limited to: (a) approximately $60,000 comprising the unpaid principal balance and the accrued and unpaid interest; and (b) approximately $110,000 in loss opportunity costs.

## JURY DEMAND

32. Greco demands a trial by jury of all issues so triable pursuant to Federal Rule of Civil Procedure 38.

**PRAYER FOR RELIEF**

33. WHEREFORE, Plaintiff, Keith Greco, as Trustee, on behalf of Midland IRA, f/k/a AdvantaIRA Trust, LLC, f/b/o Keith Greco #6842403, requests this Court issue judgment against Defendant, Combined Employee Services, Inc., k/n/a XCPCNL Business Services Corporation, f/k/a Combined USA Corporation, as follows:

   a. Enter judgment against Defendant, including a declaration that Defendant's conduct constitutes a breach of the Subscription Agreement and Convertible Debenture under federal and Texas law;

   b. Award damages to Plaintiff as determined under federal and Texas law, including, but not limited to: (i) approximately $60,000 comprising the unpaid principal balance and the accrued and unpaid interest; and (ii) approximately $110,000 in loss opportunity costs amount of the "reasonable collections costs, including reasonable attorneys' fees" it has, and will, incur as a result of the breach, pursuant to the terms of the Subscription Agreement and Convertible Debenture;

   c. Award the costs, interest and attorney's fees Plaintiff incurred in this case; and

   d. Grant such other relief (in law or equity) to Plaintiff as this Court may deem just and proper.

Dated: August 30, 2021.	Respectfully submitted,

          s/ Michael L. Buckner
          _____
          Michael L. Buckner, Esquire
          Florida Bar No. 106331
          BUCKNER LEGAL SELF-HELP PROGRAM, INC.
          Email: michaelbucknerlaw@gmail.com
          5224 NW 96th Drive
          Coral Springs, Florida 33076-2487
          Office: +1-954-347-0112
          Facsimile: +1-954-513-4796

*Attorney for the Plaintiff, Keith Greco, as Trustee, on behalf of Midland IRA, f/k/a AdvantaIRA Trust, LLC, f/b/o Keith Greco #6842403*